| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LEODIS C. MATTHEWS (SBN 109064)<br>E-mail: LeodisMatthews@ZhongLun.com<br>ANGELICA CHOPURYAN (SBN 311205)<br>E-mail: AChopuryan@ZhongLun.com<br>ZHONG LUN LAW FIRM LLP<br>4322 Wilshire Blvd., Suite 200<br>Los Angeles, California 90010<br>Telephone: (323) 930-5690 | |
| ATTORNEY(S) FOR: Plaintiff TIGRAN 'THEO' NERSESYAN | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN 'THEO' NERSESYAN, an individual,<br><br>Plaintiff(s),<br>v.<br>USCB, INC., a California corporation dba USCB America; ALBERT CADENA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-08687<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff TIGRAN 'THEO' NERSESYAN___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TIGRAN 'THEO' NERSESYAN | Plaintiff |
| USCB, INC. | Defendant |
| ALBERT CADENA | Defendant |

September 11, 2025
Date

*(signature)*
Signature

Attorney of record for (or name of party appearing in pro per):

Leodis C. Matthews