LEODIS C. MATTHEWS (SBN 109064)
E-mail: LeodisMatthews@ZhongLun.com
ANGELICA CHOPURYAN (SBN 311205)
E-mail: AChopuryan@ZhongLun.com
**ZHONG LUN LAW FIRM LLP**
4322 Wilshire Blvd., Suite 200
Los Angeles, California 90010
Telephone: (323) 930-5690
Facsimile: (323) 930-5693

Attorneys for Plaintiff TIGRAN 'THEO' NERSESYAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIGRAN 'THEO' NERSESYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USCB, INC., a California corporation dba USCB America; ALBERT CADENA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-08687−PA−MAR<br><br>**PROOF OF SERVICE OF SUMMONS** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Leodis Matthews (SBN 109064)<br>Angelica Chopuryan (SBN 311205)<br>ZHONG LUN LAW FIRM LLP<br>4322 Wilshire Boulevard, Suite 200 Los Angeles, CA 90012<br>TELEPHONE NO.: (323) 930-5690 | FAX NO. (323) 930-5693 | E-MAIL ADDRESS LeodisMatthews@ZhongLun.com; AChopuryan@ZhongLun.com<br>ATTORNEY FOR *(Name):* Plaintiff TIGRAN 'THEO' NERSESYAN | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: TIGRAN 'THEO' NERSESYAN, an individual
DEFENDANT/RESPONDENT: USCB, INC., a California corporation dba USCB America; et al

CASE NUMBER: 2:25-cv-08687-PA-MAR

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2496805M

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons
   b. ☒ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☒ other *(specify documents):* CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
3. a. Party served *(specify name of party as shown on documents served):*
   **USCB, INC., a California corporation dba USCB America**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Pedro Guijarro - Authorized Agent for Service of Process**

4. Address where the party was served: **355 South Grand Avenue, Suite 3200, Los Angeles, CA 90071**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. ☒ **by substituted service.** On *(date):* 9/23/2025 at *(time):* 12:35 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Samantha Lopez, Manager**

   (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* 10/3/2025 from *(city):* Los Angeles, CA   or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure, § 417.10
POS010-1/2496805

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                     (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **USCB, INC., a California corporation dba USCB America**
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                                  ☑ other: **FRCP 4(h)(1)**

7. **Person who served papers**
   a. Name: **Paul Mendez-Sierra - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 104.74**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner      ☑ employee      ☐ independent contractor.
         (ii) Registration No.: **202249959**
         (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/3/2025**

**Paul Mendez-Sierra**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(Signature - Per CC §1633.7)*