1  LEODIS C. MATTHEWS (SBN 109064)
2  E-mail: LeodisMatthews@ZhongLun.com
   ANGELICA CHOPURYAN (SBN 311205)
3  E-mail: AChopuryan@ZhongLun.com
4  **ZHONG LUN LAW FIRM LLP**
   4322 Wilshire Blvd., Suite 200
5  Los Angeles, California 90010
6  Telephone: (323) 930-5690
   Facsimile: (323) 930-5693
7
8  Attorneys for Plaintiff TIGRAN 'THEO' NERSESYAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TIGRAN 'THEO' NERSESYAN, an individual, | Case No.: 2:25-cv-08687−PA−MAR |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS** |
| v. | |
| USCB, INC., a California corporation dba USCB America; ALBERT CADENA, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Leodis Matthews (SBN 109064) <br> Angelica Chopuryan (SBN 311205) <br> ZHONG LUN LAW FIRM LLP <br> 4322 Wilshire Boulevard, Suite 200 Los Angeles, CA 90012 <br> TELEPHONE NO.: (323) 930-5690  FAX NO. (323) 930-5693  E-MAIL ADDRESS LeodisMatthews@ZhongLun.com; AChopuryan@ZhongLun.com <br> ATTORNEY FOR *(Name)*: Plaintiff TIGRAN 'THEO' NERSESYAN | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: TIGRAN 'THEO' NERSESYAN, an individual
DEFENDANT/RESPONDENT: USCB, INC., a California corporation dba USCB America; et al

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER: <br> 2:25-cv-08687-PA-MAR <br> Ref. No. or File No.: <br> 2496803M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

3. a. Party served *(specify name of party as shown on documents served)*:
   **ALBERT CADENA, an individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **355 South Grand Avenue, Suite 3200**
   **Los Angeles, CA 90071**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 9/25/2025 at *(time)*: 11:44 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Samantha Lopez, Manager**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: 9/25/2025 from *(city)*: Los Angeles, CA    or ☐ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| Plaintiff: TIGRAN "THEO" NERSESYAN, an individual<br>Defendant: USCB, INC., a California corporation dba USCB America; et al | CASE NUMBER:<br>2:25-cv-08687-PA-MAR |

 c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*          (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

 d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

 a. ☑ as an individual defendant.
 b. ☐ as the person sued under the fictitious name of *(specify):*
 c. ☐ as occupant.
 d. ☑ On behalf of *(specify):* **ALBERT CADENA, an individual**
  under the following Code of Civil Procedure section:

  ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
              ☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
 a. Name: **Mitch Morgan - Ace Attorney Service, Inc.**
 b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
 c. Telephone number: **(213) 623-3979**
 d. **The fee** for service was: **$ 104.74**
 e. I am:
  (1) ☐ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
  (3) ☑ registered California process server:
   (i) ☐ owner   ☑ employee   ☐ independent contractor.
   (ii) Registration No.: **2023096633**
   (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/3/2025**

**Mitch Morgan**             ▶ *(Signature - Per CC §1633.7)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

# DECLARATION OF DILIGENCE

| | |
|---|---|
| CASE NAME: | **TIGRAN 'THEO' NERSESYAN, an individual** |
| | v. |
| | **USCB, INC., a California corporation dba USCB America; et al** |
| CASE NUMBER: | **2:25-cv-08687-PA-MAR** |

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on September 22, 2025 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **Summons; Complaint; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

| | |
|---|---|
| Name: | **ALBERT CADENA, an individual** |
| 1st Address: | **355 South Grand Avenue, Suite 3200** |
| | **Los Angeles, CA 90071** |

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 9/23/2025 | 12:35 PM | Paul Mendez-Sierra | I arrived at the address given for service of process. The address corresponds to a business. I spoke to the manager named Samantha Lopez who came down stated she will not be accepting because the subject was not in. She stated the subject travel often and does not have a set schedule. No further information was provided. |
| 9/24/2025 | 12:05 PM | Eric Hernandez | I arrived at the address given for service of process. A woman came down and stated the subject was not in and did not know when they would be in. No further information was provided. |
| 9/25/2025 | 11:44 AM | Mitch Morgan | I arrived at the address given for service of process. I spoke to the manager who again stated the subject was not in. As such, I performed substituted service upon Samantha Lopez, Manager on behalf of ALBERT CADENA, an individual. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of October, 2025 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

_____  _____
Eric Hernandez                                             Mitch Morgan

_____
Paul Mendez-Sierra

Page 1

Order#: 2496803/SDPROOF