# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN THEO NERSESYAN<br><br>Plaintiff(s),<br><br>v.<br><br>ALBERT CADENA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25-cv-08687-PA-MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   10/14/2025

Document No.:   15

Title of Document:   DEFENDANT USCB, INC., DBA USCB AMERICAS ANSWER TO PLAINTIFF TIGRAN THEO NERSEYANS COMPLAINT

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1-1 no notice of interested parties.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 15, 2025   By: /s/ Alison Bandek  alison_bandek@cacd.uscourts.gov
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**