**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| TIGRAN THEO NERSESYAN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25−cv−08687−PA−MAR |
| v. | |
| ALBERT CADENA, et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/14/2025 | 15 | USCB, INC., DBA USCB AMERICAS ANSWER |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☒ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 10/15/2025         By: _/s/ signature_
                              U.S. District Judge / U.S. Magistrate Judge

G-112B (08/22)        ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT