**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIGRAN THEO NERSESYAN<br><br>PLAINTIFF(S)<br>v.<br>ALBERT CADENA, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:25−cv−08687−PA−MAR<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/14/2025 | 14 | DEFENDANT ALBERT CADENAS ANSWER |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 10/18/2025

By: /s/ [signature]
U.S. District Judge / U.S. Magistrate Judge

G-112B (08/22)   ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT