## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 25-8687 PA (MARx) | Date | November 18, 2025 |
|---|---|---|---|

| Title | Tigran Theo Nersesyan v. USCB, Inc., et al. |
|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **IN CHAMBERS - ORDER TO SHOW CAUSE**

On October 15, 2025, the Court issued a Notices of Deficiency because defendants USCB, Inc. and Albert Cadena ("Defendants") filed Answers to the Complaint (Docket Nos. 14, 15)[1], but did not file Notices of Interested Parties as required by Local Rule 7-1.1. (Docket Nos. 16, 17.) On October 15, 2025, the Court issued Responses to the Notice of Deficiency requiring Defendants to file the required Notice of Interested Parties within five days. (Docket Nos. 19, 20.) To date, despite the expiration of their deadline to do so, Defendants have not filed Notices of Interested Parties.

Accordingly, the Court orders Defendants to show cause in writing by no later than November 25, 2025 why Defendants and their counsel should not be sanctioned in an amount up to $250 for violating the Court's Orders and the Local Rules. The filing of a Notice of Interested Parties shall be deemed a sufficient response to the Court's Order to Show Cause. The Court warns the parties that any future violations of the Federal Rules of Civil Procedure, the Local Rules, and this Court's Orders may also result in the imposition of sanctions.

IT IS SO ORDERED.

---

[1]    Despite being represented by the same counsel, Defendants filed separate answers to the Complaint, and separate versions of the same Rule 26f joint report. (See Docket Nos. 14, 15, 21, 22.) Because the Notices of Deficiency and the Court's responses to the Notices are identical for each defendant, the Court addresses the Defendants collectively in this Order.