LEODIS C. MATTHEWS (SBN 109064)
ZHONG LUN LAW FIRM LLP
4525 Wilshire Blvd., Suite 330
Los Angeles, California 90010
Telephone: (323) 930-5690

**CLEAR FORM**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN 'THEO' NERSESYAN, an individual,<br><br>Plaintiff(s)<br>v.<br><br>USCB, INC., a California corporation dba USCB America; ALBERT CADENA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25-cv-08687 PA (MARx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

NOTE:  *This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔]  The parties stipulate that _____Joseph Faucher_____ may serve as the Panel Mediator in the above-captioned case. _____Crystal Miller-O'Brien_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on __May or June 2026__ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

[ ]  The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated:   01/15/2026 _____

_____
Attorney For Plaintiff   Tigran Nersesyan

Dated: _____

_____
Attorney For Plaintiff   _____

Dated: 01/14/2026 _____

_____
Attorney For Defendant   USCB, Inc. and Albert Cadena

Dated: _____

_____
Attorney For Defendant   _____

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events:  "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)              **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**