LEODIS C. MATTHEWS (SBN 109064)
E-mail: LeodisMatthews@ZhongLun.com
**ZHONG LUN LAW FIRM LLP**
4525 Wilshire Blvd., Suite 330
Los Angeles, California 90010
Telephone: (323) 930-5690
Facsimile: (323) 930-5693

Attorneys for Plaintiff TIGRAN 'THEO' NERSESYAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TIGRAN 'THEO' NERSESYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USCB, INC., a California corporation dba USCB America; ALBERT CADENA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-08687-PA-MARx<br><br>**ORDER OF AN EXTENSION OF TEN DAYS TO FILE A DISMISSAL RELATED TO THE SETTLMENT OF THIS CASE** |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff Tigran "Theo" Nersesyan （"Plaintiff"）, by and through his respective attorneys, submits this request for an extension of ten days within which to complete and finalize the parties settlement in the above matter. The parties have agreed to terms of a settlement and a long form settlement agreement have been exchanged, but due to a need to have further discussions on specific terms, and absence of counsel from the offices for personal reasons, some additional time

1

Request for Ten Day Extension to File Dismissal

is necessary to complete terms and execution of the settlement documents, which also involve arrangements with a third party. Counsel for the Defendants has been notified of this requested extension and has no objections.

DATED: May 11, 2026                Respectfully submitted,

ZHONG LUN LAW FIRM LLP

By: _____
Leodis C. Matthews
*Attorneys for Plaintiff*

The Court having considered the above request, and finding good cause, it is hereby granted.  The dismissal shall be filed on or before May 22, 2026. All terms of the Court's prior Order of May 1, 2026 remains as stated.

Date:  May 12, 2026                _____
Percy Anderson
United States District Judge

2

Request for Ten Day Extension to File Dismissal